# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Samuels, et al. Penn Sate University, et al.

Case Number: 16-cv-5270

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff

Attorney name (type or print):  Benjamin S. Thomassen

Firm:    Edelson PC

Street address:    350 N. LaSalle St., 13th Floor

City/State/Zip:    Chicago, IL 60654

Bar ID Number: 6307169
(See item 3 in instructions)

Telephone Number:    (312) 589-6370

Email Address: bthomassen@edelson.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 17, 2016

Attorney signature:    S/ Benjamin S. Thomassen
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015